# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FOUNDERS 14, LLC,

    Plaintiff,

v.                                                            Case No. 04-CV-74190-DT

SAMUEL MEKLIR, et al.,

    Defendants.
                                                   /

## ORDER ADMINISTRATIVELY CLOSING CASE

On May 19, 2005 the court issued an order staying this case under the abstention doctrine set forth in *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976). Specifically, the court ordered that this matter be stayed pending the resolution of the parallel state court proceedings. (5/19/05 Order at 16.) Although this case has been stayed, it currently appears as an active case on this court's docket. Accordingly,

IT IS ORDERED that the clerk of the court is DIRECTED to administratively close this matter for statistical purposes only. Nothing in this order shall amend or affect the court's May 19, 2005 order in any way, nor shall it affect the rights of either party. Indeed, as indicated in the court's May 19, 2005 order, "[u]pon the completion of the state court action, Plaintiff may move to lift the stay." (5/19/05 Order at 16.)

                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: June 29, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2006, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\Even Orders\04.74190.FOUNDERS.AdminClose.wpd